■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND ST. CLAIR, Appellant.—Appeal from a judgment of the County Court of Schoharie County (Lamont, J.), rendered June 6, 1984, convicting defendant upon his plea of guilty of the crime of burglary in the third degree.

Judgment affirmed (see, People v Mehan, 112 AD2d 482). Mahoney, P. J., Main, Casey, Mikoll and Yesawich, Jr., JJ., concur.